IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

E.L.S.R. CORP., D/B/A ELITE LUXURY
RENTALS A/A/O ROBERT CEO,
CATHLEEN CEO AND CARA CEO,

    Plaintiff,

vs.                                        Case No.:

GEICO GENERAL INSURANCE
COMPANY,

    Defendant.
_____/

**GEICO GENERAL INSURANCE COMPANY'S**
**NOTICE OF REMOVAL AND INCORPORATED MEMORANDUM OF LAW**

Defendant/Petitioner, GEICO GENERAL INSURANCE COMPANY ("GEICO"), by and through undersigned counsel, and pursuant to 28 U.S. C. §§ 1441, 1446 and 1332, respectfully petitions this Court for the removal of the above-captioned action from the Circuit Court in and for Miami-Dade County, Florida to the United States District Court for the Southern District of Florida, Miami Division.  In support of this Petition, GEICO states as follows:

    1.    On August 14, 2015, PLAINTIFF filed the present action against GEICO in the Circuit Court of Miami-Dade County, Florida, Case No. 2015-018098 CA 01 (08), in which PLAINTIFF sets forth allegations of breach of contract against GEICO. [*See* PLAINTIFF'S Complaint attached hereto as Exhibit "A"].  PLAINTIFF'S claim arises out of damage caused to a 2013 Bentley GTC automobile on or about March 15, 2014, in Miami-Dade County.

    2.    Upon information and belief, PLAINTIFF is a Florida corporation.

    3.    GEICO is incorporated in the State of Maryland, with its principal place of business

in Chevy Chase, Maryland.  Therefore GEICO is a citizen of the State of Maryland.

4.	There is a complete diversity of citizenship among the parties.

5.	Upon information and belief, the amount in controversy in the instant action exceeds $75,000, without interest and costs, as PLAINTIFF seeks to recover the full loss of the damage to the vehicle, pre-judgment interest, and attorney's fees.

6.	In accordance with 28 U.S.C. § 1446(b), GEICO's Notice of Removal of this action has been filed within thirty (30) days of being served with PLAINTIFF'S Complaint.

7.	As required by 28 U.S.C. § 1446(a), a true and legible copy of PLAINTIFF'S Complaint served upon GEICO in this action is submitted herewith. [*See* Exhibit "A"].

## MEMORANDUM OF LAW

The statutory requirements for removal of the present action from state court to the United States District Court for the Southern District of Florida, Miami Division have been met. Any civil action brought in state court may be removed by the defendant to federal court, in the district and division embracing the place where such action is pending, if the action could have originally been brought in federal court. *See* 28 U.S.C. § 1441(a); *Ayres v. General Motors Corp.*, 234 F.3d 514, 517 (11th Cir. 2000); *Rudnick v. Sears, Roebuck and* Co., 358 F.Supp.2d 1201, 1204 (S.D. Fla. 2005). To remove an action based on diversity jurisdiction, none of the properly joined and served defendants can be a citizen of the state in which the action is brought. *See* 28 U.S.C. § 1441; 28 U.S.C. § 1332(a). Furthermore, the amount in controversy in a diversity action must exceed $75,000, exclusive of interest and costs. *Id*.

When the subject matter jurisdiction requirements of 28 U.S.C. § 1332 are met, the parties are of diverse citizenship and the amount in controversy exceeds $75,000 exclusive of interest and

costs, the only remaining question is whether the removing party has satisfied the procedural requirements for removal under 28 U.S.C. § 1446.  Pursuant to § 1446(b), ". . . notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based ..." 28 U.S.C. § 1446(b); *see also Liebig v. DeJoy*, 814 F.Supp. 1074, 1076 (M.D. Fla. 1993).

GEICO has met the statutory requirements for removal of this action to federal court; therefore, removal is proper and appropriate.  There is complete diversity of citizenship among the parties, as PLAINTIFF, upon information and belief, is a citizen of Florida, while GEICO is a citizen of the State of Maryland.  In addition, upon information and belief, the statutory requirement that the amount in controversy exceeds $75,000 has been met as PLAINTIFF is seeking recovery of the full loss of the damage to the vehicle, pre-judgment interest, and attorney's fees.  Finally, GEICO has complied with all of the procedural requirements, including the time requirements, set forth in 28 U.S.C. § 1446(b), by filing the present Notice of Removal within thirty (30) days of its receipt of the Complaint.

**WHEREFORE,** Defendant/Petitioner GEICO GENERAL INSURANCE COMPANY, respectfully requests that the action now pending against it in the Circuit Court in and for Broward County, Florida be removed therefrom to this Honorable Court, and that this Court assume full jurisdiction over the cause herein as provided by law, and grant such further relief as this Court deems just and appropriate.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of September 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        s/   **CODY S. PFLUEGER**
**B. RICHARD YOUNG**
Florida Bar No.: 442682
ryoung@flalawyer.net
**ADAM A. DUKE**
Florida Bar No.: 0055734
aduke@flalawyer.net
**CODY S. PFLUEGER**
Florida Bar No. 90032
cpflueger@flalawyer.net
Young, Bill, Roumbos & Boles, P.A.
One Biscayne Tower, Suite 3195
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 222-7720
Facsimile: (305) 492-7729
Attorneys for GEICO Indemnity Co.

**SERVICE LIST**
**E.L.S.R. CORP., D/B/A ELITE LUXURY RENTALS A/A/O ROBERT CEO,**
**CATHLEEN CEO AND CARA CEO v. GEICO GENERAL INSURANCE COMPANY**
Case No.:

**FRANCHESCA MARRERO-RODRIGUEZ ESQ.**
J.P. Gonzalez-Sirgo, P.A
Attorney at Law
Douglas Entrance
The Executive Tower Building
804 Douglas Road
Suite 373
Coral Gables, Florida 33134
franchesca@yourattorneys.com
*Via Electronic Mail and/or Regular U.S. Mail*